**DOCKETED**
**MAR 1 9 2003**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

In the Matter of

In re African-American
Slave Descendants' Litigation

Case Number: 02 C 7764 (MDL No. 1491)
02 CV 2084
CV 02 1862
(Hon. Charles R. Norgle) CV 02 1864
CV 02 1863

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Richard E. Barber, Sr.; Deadria Farmer-Paellmann; Andre Carrington; Mary Lacey Madison

| (A) | (B) |
|---|---|
| SIGNATURE: *Diane C. Sammons* | SIGNATURE: |
| NAME: Diane E. Sammons, Esq. | NAME: |
| FIRM: Nagel Rice Dreifuss & Mazie | FIRM: **FILED MAR 1 4 2003** |
| STREET ADDRESS: 301 So. Livingston Avenue | STREET ADDRESS: **MICHAEL W. DOBBINS** |
| CITY/STATE/ZIP: Livingston, NJ 07039 | CITY/STATE/ZIP: **CLERK, U.S. DISTRICT COURT** |
| TELEPHONE: (973) 535-3100 (ext. 124)  FAX: (973) 535-3373 | TELEPHONE: FAX: |
| E-MAIL: dsammons@nrdmlaw.com | E-MAIL: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☒ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☒ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
|  | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |

| (C) | (D) |
|---|---|
| SIGNATURE: | SIGNATURE: |
| NAME: | NAME: |
| FIRM: | FIRM: |
| STREET ADDRESS: | STREET ADDRESS: |
| CITY/STATE/ZIP: | CITY/STATE/ZIP: |
| TELEPHONE: FAX: | TELEPHONE: FAX: |
| E-MAIL: | E-MAIL: |
| IDENTIFICATION NUMBER: | IDENTIFICATION NUMBER: |
| MEMBER OF TRIAL BAR? YES ☐ NO ☐ | MEMBER OF TRIAL BAR? YES ☐ NO ☐ |
| TRIAL ATTORNEY? YES ☐ NO ☐ | TRIAL ATTORNEY? YES ☐ NO ☐ |
| DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ | DESIGNATED AS LOCAL COUNSEL? YES ☐ NO ☐ |