UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

------------------------------------------------------------X
:
In Re: AFRICAN AMERICAN : 
DESCENDANTS' SLAVE LITIGATION : MDL No. 1491 (CRN)
:
------------------------------------------------------------X
This Pleading Relates to: :
------------------------------------------------------------X
**United States District Court** :
**Eastern District of New York** :
: 02 CV 1862(CRN)
DEADRIA FARMER-PAELLMANN, :
 On behalf of herself and as :
 representative of her enslaved :
 ancestors and all other persons :
 similarly situated :
      Plaintiff, :
:
:
 vs. :
:
FLEETBOSTON FINANCIAL CORPORATION, :
AETNA INC., CSX, and :
their predecessors, successors :
and/or assigns, : **Class Action**
      Defendants. :
------------------------------------------------------------X
**United States District Court** :
**Eastern District of New York** :
: 02 CV 1864 (CRN)
MARY LACEY MADISON, :
 On behalf of herself and as :
 representatives of her enslaved :
 ancestors and all other persons :
 similarly situated :
      Plaintiff, :
:
 vs. :
:

```
FLEETBOSTON FINANCIAL CORPORATION,       :
AETNA CASUALTY, CSX,                     :
  and their predecessors,                :
  successors and/or assigns,             :
                                         :
                    Defendants.          :
------------------------------------------X
```

**United States District Court**
**Eastern District of New York**

02 CV 1863 (CRN)

```
ANDRÉ CARRINGTON,                        :
  On behalf of himself and as            :
  Representative of his enslaved         :
  Ancestors and all other persons        :
  Similarly situated,                    :
                    Plaintiff,           :
                                         :
         vs.                             :
                                         :
FLEETBOSTON FINANCIAL CORPORATION,       :
AETNA INC., CSX,                         :
  and their predecessors,                :
  successors and/or assigns,             :
                                         :
                    Defendants.          :
------------------------------------------X
```

**United States District Court**
**Southern District of New York**

02 CV 6961 (CRN)

```
EDDLEE BANKHEAD (by his son and          :
Guardian, John Bankhead)                 :
  On behalf of himself and on            :
  behalf of his deceased, enslaved       :
  parents, ELEX and LIZA JANE            :
  BANKHEAD and all others                :
  similarly situated,                    :
                    Plaintiff,           :
                                         :
         vs.                             :
```

2

```
SOCIETY OF LLOYD'S, LEHMAN            :
BROTHERS MORFOLK SOUTHERN,            :
WESTPOINT STEVENS,R.J. REYNOLDS       :
TOBACCO CO., BROWN & WILLIAMSON,      :
LIGGETT GROUP, INC., LOEWS CORP.      :
and their Predecessors, successors
and/or Assigns,                       :
                  Defendants.         :
-----------------------------------------X
```

**United States District Court**
**District of New Jersey**

02 CV 2084 (CRN)

```
RICHARD E. BARBER, SR.,
  On behalf of himself and as
  representative of his enslaved
  ancestors and all persons
  similarly situated,
                  Plaintiff,

            vs.

NEW YORK LIFE INSURANCE, BROWN
BROTHERS HARRIMAN & COMPANY,
NORFOLK SOUTHERN,
  and their predecessors,
  successors and/or assigns
                  Defendants.
-----------------------------------------X
```

**United States District Court**
**Northern District of Illinois**
**Eastern Division**

02 CV 6180 (CRN)

```
HANNAH JANE HURDLE-TOOMEY,
MARCELLE PORTER,

                  Plaintiffs,

            vs.
```

3

SOCIETY OF LLOYD'S, LEHMAN : 
BROTHERS, UNION PACIFIC, and their :
predecessors, successors and/or :
assigns, and CORPORATE DOES NOS. :
1-100, :
        Defendants. :
------------------------------------------------------------------X

**United States District Court** :
**Southern District of Texas** :
    :   03 CV 036 (CRN)
JULIE MAE WYATT-KERVIN, an :
incompetent, by her guardian Ad :
Litem, BILLY GENE MCGEE; EMMA :
MARIE CLARK, and INA HURDLE MCGEE, :
        Plaintiffs, :
 :
        vs. :
 :
JP MORGAN CHASE, WESTPOINT :
STEVENS, UNION PACIFIC, AIG :
and their predecessors :
successors and/or :
assigns, :
        Defendants. :
------------------------------------------------------------------X

**United States District Court** :
**Eastern District of Louisiana** :
 :
Cain Wall, Sr. :
 :
 :
 :
 :
Cain Wall, Jr., Mae Louis Miller, :
Ernestine Hill, Annie L. Miller, :
Arthur Wall, Idell Wall, C.W. Wall, :
 :
    On behalf of themselves :
    and others similarly :
    situated, :
 :
    :   02 CV 2712 (CRN)
ANTOINETTE MILLER, :
    On behalf of herself and as :

```
representative of their                                  :
enslaved ancestors and all                               :
persons similarly situated,                              :
                        Plaintiffs,                      :
       vs.                                               :
                                                         :
AETNA INC., SOCIETY OF LLOYD'S,                          :
BROWN BROTHERS HARRIMAN,                                 :
R.J. REYNOLDS TOBACCO                                    :
CO., BROWN AND WILLIAMSON TOBACCO                        :
CORP, LIGGETT GROUP INC., LOEWS                          :
CORPORATION, CSX CORPORATION,                            :
NORFOLK SOUTHERN RAILROAD, UNION                         :
PACIFIC RAILROAD, CANADIAN                               :
NATIONAL RAILWAY CO., and their                          :
SOUTHERN MUTUAL INSURANCE CO.                            :
predecessors, successors and/or                          :
assigns and CORPORATE D,                                 :
                        Defendants.                      :
-----------------------------------------------------------X
```

**REPLY TO DEFENDANTS' RESPONSE TO PLAINTIFF MARY MADISON'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCP RULE 41(a)(1)**

NOW COMES, the Plaintiff, Mary Lacey Madison, by and through her attorney Roger S. Wareham, in her reply to Defendants' Response to Plaintiff Mary Madison's Notice of Voluntary Dismissal Pursuant to FRCP Rule 41(a)(1). In support thereof, the Plaintiff states as follows:

1. On February 27, 2007, the Plaintiff, Mary Lacey Madison, filed her Notice of Voluntary Dismissal Pursuant to FRCP Rule 41(a)(1).

2. The Defendants do not oppose the Plaintiff's right to dismiss her complaint voluntarily. Instead, the defendants want this Court to enter its proposed dismissal orders.

3. Voluntary dismissal under Rule 41(a)(1) of FRCP does not require the Court's order. Prior to filing her Notice of Voluntary Dismissal, the Plaintiff was fully aware of the Seventh Circuit decision reversing this Court's dismissal order in part. Therefore, there is no need for this Court to enter an order as proposed by the Defendants.

4. If the Defendants are confused about the Appellate Court's decision, then they should seek clarification from that body. By filing a Notice of Dismissal, the Plaintiff believes that she has effectively dropped all her claims against the Defendants.

**WHEREFORE**, the Plaintiff, Mary Lacey Madison, respectfully requests this Court take judicial notice that she has voluntarily dismissed her claims against the defendants pursuant to FRCP 41(a)(1).

Respectfully submitted

S/Roger S. Wareham
Roger S. Wareham

ROGER S. WAREHAM, ESQ. (RW 4751)
Thomas Wareham & Richards
394 Putnam Avenue
Brooklyn, New York 11216
(718) 230-5270