## United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 7764 | **DATE** | 9/25/2009 |
| **CASE TITLE** | In Re: African-American Slave Descendants Litigation | | |

**DOCKET ENTRY TEXT**

Any interested party may file a written submission on or before October 2, 2009 to the Court's Rule to Show Cause as to why the case should not be dismissed with prejudice and finality. The parties are not required to personally appear. The previous date set by the Court for the return date on the Rule to Show Cause is stricken.

*[signature]*

Docketing to mail notices.

| | Courtroom Deputy Initials: | |
|---|---|---|