

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE AFRICAN-AMERICAN SLAVE DESCENDANTS LITIGATION ) ) ) ) ) | Civil Action No. 02 CV 7764<br>MDL Docket No. 1491<br><br>Judge Charles R. Norgle, Sr. |
| ) | Civil Action No. 03-cv-2644 |
| TIMOTHY HURDLE, CHESTER HURDLE, ROSARIO SCHULER, ERICA BLEVINS, MARTIN UKPABI, DONALD JOHNSON, MATTIE THOMAS, BOBBY THOMAS, CORINE RAYBON, as individuals and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, successor to FLEETBOSTON FINANCIAL CORPORATION, NEW YORK LIFE INSURANCE COMPANY, AETNA INC., AETNA LIFE INSURANCE COMPANY, R. J. REYNOLDS TOBACCO COMPANY, their PREDECESSORS, SUCCESSORS, and/or ASSIGNS, and DOES 1-100,<br><br>Defendants. | FILED<br>JAN - 5 2010<br>Jan 5 2010<br>MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

**DECLARATION OF**
**G. MICHAEL PHILLIPS, PH.D. AND DENNIS HALCOUSSIS, PH.D.**
**IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' RESPONSE**
**TO PLAINTIFFS' OCTOBER 2, 2009 AND OCTOBER 5, 2009 FILINGS**
**AND**
**CERTIFICATION OF BARBARA K. RATLIFF**

1

1. The Declaration of Dr. G. Michael Phillips, Dr. Anton Lowenberg, and Dr. Dennis Halcoussis was filed in this matter as APPENDIX TO FOURTH AMENDMENT COMPLAINT on October 2, 2009 and October 5, 2009.

2. References to the Declaration in DEFENDANTS' RESPONSE TO PLAINTIFFS' OCTOBER 2, 2009 AND OCTOBER 5, 2009 FILINGS ("Defendants' Response") are either misunderstood or misrepresent the declaration. *See,* Defendants' Response, Page 2, Paragraph 3 – Page 3; Page 7, Paragraph 1; Page 9 footnote 5.

3. The original declaration indicates that in order to purchase the defendants' products, the plaintiffs would have required a discount in price, had they known about the defendants' socially irresponsible behavior. Alternatively, the plaintiffs could have bought the products from different, socially responsible vendors. The plaintiffs unwillingly paid the premium discussed in the declaration for products from the defendants, who were not socially responsible, because the plaintiffs were unaware of the defendants' historical associations with slavery and the slave trade.

DATED: December 18, 2009
Northridge, California

_____
G. Michael Phillips, Ph.D.


_____
Dennis Halcoussis, Ph.D.

2

CERTIFICATION OF SERVICE

I hereby certify that on December 23, 2009, a copy of the foregoing Declaration of G. Michael Phillips, Ph.D. and Dennis Halcoussis, Ph.D. in Support of Plaintiffs' Reply to Defendants' Response to Plaintiffs' October 2, 2009 and October 5, 2009 Filings was served via the CM/ECF System to the parties' counsel.

DATED: December 23, 2009             Respectfully submitted,

*Barbara K. Ratliff*
Barbara K. Ratliff
Law Offices of Barbara K. Ratliff
225 S. Olive Street, Suite 101
Los Angeles, CA 90012
T: (213)687-7171; F: (213)625-8287
E-mail: BRatliff8@aol.com
Attorneys for Plaintiffs
Timothy Hurdle, Chester Hurdle, et al.

3